1  ROBERT D. PHILLIPS, JR. (State Bar No. 82639)
   RACHEL E. K. LOWE (State Bar No. 246361)
2  GILLIAN H. CLOW (State Bar No. 298966)
   **ALSTON & BIRD LLP**
3  333 S. Hope St., 16th Fl.
   Los Angeles, CA 90071
4  Telephone:  (213) 576-1000
   Facsimile: (213) 576-1100
5  Email: bo.phillips@alston.com
   rachel.lowe@alston.com
6  gillian.clow@alston.com

7  Attorneys for Defendant
   **Glanbia Ingredients Services, Inc.**
8

9                 **UNITED STATES DISTRICT COURT**

10                **EASTERN DISTRICT OF CALIFORNIA**

11 | EMANUEL ALIVA, MICHAEL SIZEMORE, CAROLE SCHAUER, SHEREE SILVA, OMAR ALDAMEN individually and on behalf of all others similarly situated,, | Case No. 2:22-cv-00419-JAM-DB
12 | | **ORDER APPROVING JOINT STIPULATION FOR PLAINTIFFS TO FILE AN AMENDED COMPLAINT**
13 | |
14 | Plaintiff, |
15 | v. |
16 | GLANBIA BUSINESS SERVICES, INC., GLANBIA, INC., GLANBIA INGREDIENTS SERVICES, INC., GLANBIA NUTRITIONALS, INC., GLANBIA NUTRITIONALS SERVICES, LLC, GLANBIA PERFORMANCE NUTRITION, INC., |
17 | |
18 | |
19 | |
20 | Defendant. |

Having considered the Stipulation by and between Plaintiffs Emanuel Aliva, Michael Sizemore, Carole Schauer, Sheree Silva and Omar Aldamen ("Plaintiffs") and Defendant Glanbia Ingredients Services, Inc. ("Defendant") (collectively the "Parties"), and good cause appearing, the Court approves the Parties' Joint Stipulation for Plaintiffs to File an Amended Complaint, and orders as follows:

1. Plaintiffs will file their Amended Complaint on or before May 2, 2022;
2. Plaintiffs' Amended Complaint will name KSF Acquisition Corporation as the only defendant;
3. Plaintiffs will serve the (1) filed stamped copy of the Amended Complaint and (2) a summons on KSF Acquisition Corporation with (3) a waiver of summons by an email to counsel for defendant Glanbia Ingredients Services, Inc.;
4. Provided that service has been effected at the time and in the manner set forth above, KSF Acquisition Corporation will have 60 days from the date of service of the Amended Complaint to respond to Plaintiffs' Amended Complaint pursuant to FRCP Rule 4(d)(3);
5. If Plaintiffs fail to timely file their Amended Complaint for any reason, defendant Glanbia Ingredients Services, Inc. may answer, move, or respond to the existing Complaint on or before June 2, 2022.

**IT IS SO ORDERED.**

DATED: May 2, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE