TRENT KASHIMA (SBN 291405)
**MILBERG COLEMAN BRYSON**
**PHILLIPS GROSSMAN PLLC**
401 W Broadway, Suite 1760
San Diego, CA 92101
Phone: (308) 870-7804
Email: tkashima@milberg.com

**Attorneys for Plaintiffs**

ROBERT D. PHILLIPS, JR. (SBN 82639)
RACHEL E K. LOWE (SBN 246361)
GILLIAN H. CLOW (SBN 298966)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA 90071
Telephone: 213-576-1000
Facsimile: 213-576-1100
Email: bo.phillips@alston.com
        rachel.lowe@alston.com
        gillian.clow@alston.com

**Attorneys for Defendant KSF Acquisition**
**Corporation**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

EMANUEL ALIVA, MICHAEL
SIZEMORE, CAROLE SCHAUER,
OMAR ALDAMEN, and SHEREE
SILVA,

Plaintiffs,

v.

KSF ACQUISITION CORPORATION

Defendant.

No. 2:22-cv-00419-JAM-DB

Assigned to the Hon. John A. Mendez

**ORDER APPROVING JOINT**
**STIPULATION FOR PLAINTIFFS TO**
**FILE A SECOND AMENDED**
**COMPLAINT AND SETTING BRIEFING**
**SCHEDULE FOR THE MOTION TO**
**DISMISS**

Having considered the Stipulation by and between Plaintiffs Emanuel Aliva, Michael

Sizemore, Carole Schauer, Sheree Silva and Omar Aldamen ("Plaintiffs") and Defendant KSF

Acquisition Corporation ("Defendant") (collectively the "Parties") and good cause appearing, the

Court approves the Parties' Joint Stipulation for Plaintiffs to File a Second Amended Complaint,

1

and orders as follows:

1. Plaintiffs will file their Second Amended Complaint on or before August 5, 2022.

2. Defendant shall file its motion to dismiss on or before September 2, 2022.

3. Plaintiffs will file any opposition on or before September 16, 2022.

4. Defendant will file any reply memorandum on or before September 30, 2022.

**IT IS SO ORDERED.**

DATED:  July 15, 2022          /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               SENIOR UNITED STATES DISTRICT COURT JUDGE

2

Error! Unknown document property name.