Trenton R. Kashima (CA SBN No. 291405)
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760
San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

*Attorneys for Plaintiffs*

Robert D. Phillips, Jr. (SBN 82639)
Rachel E K. Lowe (SBN 246361)
Gillian H. Clow (SBN 298966)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:   213-576-1100
Email:  bo.phillips@alston.com
         rachel.lowe@alston.com
         gillian.clow@alston.com

*Attorneys for Defendant KSF ACQUISITION CORPORATION*

# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL AVILAAVILA, CAROLE SCHAUER, SHEREE SILVA, OMAR ALDAMEN individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br><br>     v.<br><br>KSF ACQUISITION CORPORATION,<br><br>                              Defendant. | Case No.: 2:22-cv-00419-JAM-DB<br><br>**STIPULATION AND ORDER TO EXTEND THE BRIEFING SCHEDULE ON DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT** |

Pursuant to Local Civil Rule 143 and 144, Plaintiffs Emanuel Aliva, Carole Schauer, Sheree Silva and Omar Aldamen ("Plaintiffs"), and KSF Acquisition Corporation ("Defendant") (collectively the "Parties"), submit the following Stipulation.

## RECITALS

**WHEREAS**, on July 18, 2022, in ECF No. 19, this Court permitted Plaintiffs to file their Second Amended Complaint on or before August 5, 2022 in the above captioned action;

**WHEREAS**, on August 5, 2022, Plaintiffs filed their Second Amended Complaint;

**WHEREAS**, on September 2, 2022, Defendant filed its Motion to Dismiss Plaintiffs' Second Amended Complaint (ECF No. 22);

**WHEREAS**, per ECF No. 19, Plaintiffs must respond to Defendant's Motion to Dismiss their Second Amended Complaint by September 16, 2022;

**WHEREAS**, the parties have explored preliminary discussions about a potential resolution of all claims and the parties request more time for Plaintiffs to respond to Defendant's Motion to Dismiss their Second Amended Complaint.

**WHEREAS**, the parties stipulate to allow Plaintiffs additional time to respond to Defendant's Motion to Dismiss the Second Amended Complaint.

**WHEREAS**, the parties have not previously requested an extension of the deadline to respond and reply to Defendant's Motion to Dismiss the Second Amended Complaint.

## STIPULATION

**THEREFORE,** THE PARTIES HEREBY STIPULATE AS FOLLOWS:

1. Plaintiffs' Opposition to Defendant's Motion to Dismiss their Second Amended Complaint shall be filed on or before October 7, 2022;

2. Defendant's reply memorandum shall be filed on or before October 21, 2022.

**IT IS SO STIPULATED**.

Dated:  September 14, 2022            /s/ Trenton R. Kashima

Trenton R. Kashima (CA SBN No. 291405)
**MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN PLLC**
401 West C St., Suite 1760

San Diego, CA 92101
Tel: (714) 651-8845
tkashima@milberg.com

**Attorneys for Plaintiffs**

Dated:  September 14, 2022        */s/ Rachel E. K. Lowe* (as authorized on 9-13-22)

Robert D. Phillips, Jr. (SBN 82639)
Rachel E K. Lowe (SBN 246361)
Gillian H. Clow (SBN 298966)
**ALSTON & BIRD LLP**
333 S. Hope Street, 16th Floor
Los Angeles, CA  90071
Telephone:  213-576-1000
Facsimile:   213-576-1100
Email: bo.phillips@alston.com
          rachel.lowe@alston.com
          gillian.clow@alston.com

**Attorneys for Defendant** KSF ACQUISITION CORPORATION

**IT IS SO ORDERED.**

Dated:  September 15, 2022        /s/ John A. Mendez
                                  THE HONORABLE JOHN A. MENDEZ
                                  SENIOR UNITED STATES DISTRICT JUDGE

2

STIPULATION TO EXTEND TIME                                Case No.: 2:22-cv-00419