UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EMANUEL ALIVA, et al., | No. 2:22-cv-00419-DAD-DB |
| Plaintiffs, | |
| v. | ORDER DISMISSING THIS ACTION PURSUANT TO PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL |
| KSF ACQUISITION CORPORATION, | |
| Defendant. | (Doc. No. 33) |

On October 11, 2022, plaintiffs filed a notice of voluntary dismissal of this putative class action pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i). (Doc. No. 33.) In particular, plaintiffs requests that their individual claims be dismissed with prejudice and that their putative class claims be dismissed without prejudice. (*Id.*)

Pursuant to Rule 41 of the Federal Rules of Civil Procedure and good cause appearing, the court orders as follows:

1.    Plaintiffs' request for voluntary dismissal of this action (Doc. No. 33) is granted;

2.    Plaintiffs' individual claims are dismissed with prejudice;

3.    Plaintiffs' putative class claims are dismissed without prejudice;

/////

/////

/////

1

4.      The pending motion to dismiss (Doc. No. 23) in this case is denied as having been

rendered moot; and

5.      The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 12, 2022**

_____

UNITED STATES DISTRICT JUDGE

2